# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE NUNN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BITWISE INDUSTRIES, INC. et al.,<br><br>    Defendants. | Case No. 23-cv-00867-NODJ-SAB<br><br>ORDER RE PLAINTIFFS' STATUS REPORT; GRANTING EXTENSION OF STAY<br><br>(ECF No. 17)<br><br>**DEADLINE: APRIL 29, 2024** |

On October 10, 2024, Plaintiffs filed an unopposed motion to stay the instant action pending mediation by the parties in the bankruptcy case of Bitwise Industries, Inc. and AlphaWorks Technologies, LLC in the United States Bankruptcy Court for the District of Delaware.  (ECF No. 14.)  On November 13, 2023, the Court granted Plaintiffs' motion and required Plaintiffs file a status report on or before February 28, 2024 that addressed the outcome of the mediation and the need to reset the scheduling conference.  (ECF No. 15.)

On February 28, 2024, Plaintiffs filed a status report stating that on January 30 and 31, 2024, Plaintiffs, the Chapter 7 Trustee, non-debtor Defendants, and several other interested parties in actions that have been filed against the Defendants participated in a JAMS mediation.  (ECF No. 17.)  Plaintiffs report that the parties did not reach a settlement but have been continuing settlement discussions in good faith.  (Id. at 2.)  Plaintiffs request that this action

1

remain stayed for another 60 days while the parties attempt to reach a global resolution of the case.  (Id.)  Plaintiffs propose that they file other status report on or before April 29, 2024.  (Id.)  The Court finds good cause to grant Plaintiffs' request for extension.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's proposal to extend the stay of this action until April 29, 2024 while the parties attempt to reach a resolution of the case (ECF No. 17) is GRANTED; and
2. Plaintiffs shall file a status report on or before April 29, 2024, specifically addressing the status of the case and the need to reset the scheduling conference in this matter

IT IS SO ORDERED.

Dated:  **February 29, 2024**

UNITED STATES MAGISTRATE JUDGE

2