# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE NUNN, et al., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>BITWISE INDUSTRIES, INC. et al., <br><br>　　　　Defendants. | Case No. 23-cv-00867-TLN-SAB <br><br> ORDER DISCHARGING ORDER TO SHOW CAUSE <br><br> ORDER RE PLAINTIFFS' STATUS REPORT; EXTENDING STAY OF CASE <br><br> (ECF No. 17) <br><br> **DEADLINE: JULY 1, 2024** |

　　　On October 10, 2024, Plaintiffs filed an unopposed motion to stay the instant action pending mediation by the parties in the bankruptcy case of Bitwise Industries, Inc. and AlphaWorks Technologies, LLC in the United States Bankruptcy Court for the District of Delaware. (ECF No. 14.) On November 13, 2023, the Court granted Plaintiffs' motion and required that Plaintiffs file a status report on or before February 28, 2024 that addressed the outcome of the mediation and the need to reset the scheduling conference. (ECF No. 15.)

　　　On February 28, 2024, Plaintiffs filed a status report stating that on January 30 and 31, 2024, Plaintiffs, the Chapter 7 Trustee, non-debtor Defendants, and several other interested parties in actions that have been filed against the Defendants participated in a JAMS mediation. (ECF No. 17.) Plaintiffs reported that the parties did not reach a settlement but had been continuing settlement discussions in good faith. (Id. at 2.) Plaintiffs requested that the action remain stayed for an additional 60 days to allow the parties to attempt to reach a global

resolution of the case.  (Id.)  The Court found good cause to grant Plaintiffs' request for an extension and ordered that Plaintiffs file a status report on or before April 29, 2024 specifically addressing the status of the action and the need to reset the scheduling conference.  Plaintiffs failed to file the status report by April 29, 2024.  On April 30, 2024, the Court required that Plaintiffs show cause in writing why sanctions should not be imposed. (ECF No. 20.)

On May 2, 2024, Plaintiffs filed a status report stating that the parties have recently reached a global settlement in principle intended to resolve all litigation arising from the Defendants' shutdown.  (ECF No. 21.)  Plaintiffs proffer that the Parties have just begun the process of documenting the terms of the agreement which will require approval by various Courts and coordination with multiple parties and the Chapter 7 Trustee overseeing the Debtors' estate in the U.S. Bankruptcy Court for the District of Delaware.  (Id. at 2.)  Plaintiffs explain their delay has not been willful.  (Id.)  The Court shall discharge the order to show cause.

Plaintiffs also request an additional sixty-day stay of the case to allow the parties to document the settlement and filings necessary for court approval.  (Id.)  Plaintiffs propose that they file another status report on or before July 1, 2024.  The Court finds good cause to grant the sixty-day extension and shall require that Plaintiffs timely file a status report or dispositional documents on or before July 1, 2024.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. The April 30, 2024 order to show cause (ECF No. 20) is DISCHARGED;
2. Plaintiffs' proposal to extend the stay of this action until **July 1, 2024** is GRANTED; and
3. Plaintiffs shall file a status report on or before **July 1, 2024**.

IT IS SO ORDERED.

Dated:   **May 3, 2024**

UNITED STATES MAGISTRATE JUDGE