# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE NUNN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BITWISE INDUSTRIES, INC.,<br><br>　　　　　Defendants. | Case No.  1:23 -cv-00867-TLN-SAB<br><br>ORDER EXTENDING STAY OF CASE<br><br>(ECF No. 24) |

　　　　On October 9, 2023, Plaintiffs filed an unopposed motion to stay the instant action pending mediation by the parties in the bankruptcy case of <u>Bitwise Industries, Inc. and AlphaWorks Technologies, LLC</u> in the United States Bankruptcy Court for the District of Delaware. (ECF No. 14.)  On November 13, 2023, the Court granted Plaintiffs' motion and required that Plaintiffs file a status report on or before February 28, 2024.  (ECF No. 15.)

　　　　On February 28, 2024, Plaintiffs filed a status report stating that on January 30 and 31, 2024, Plaintiffs, the Chapter 7 Trustee, non-debtor Defendants, and several other interested parties in actions that have been filed against the Defendants participated in a JAMS mediation. (ECF No. 17.)  Plaintiffs reported that the parties did not reach a settlement but had been continuing settlement discussions in good faith and requested a stay of an additional 60 days to allow further discussion on a global resolution of the case.  (<u>Id.</u> at 2.) The Court found good cause to grant Plaintiffs' request for an extension and ordered Plaintiffs to file a status report on or before April 29, 2024.  (ECF No. 18.)  Plaintiffs failed to file the status report by April 29, 2024, and on April 30, 2024, an order to show cause issued requiring Plaintiffs show cause in writing why sanctions should not be imposed.  (ECF No. 20.)

On May 2, 2024, Plaintiffs filed a status report stating that the parties had recently reached a global settlement in principle intended to resolve all litigation arising from the Defendants' shutdown.  (ECF No. 21.)  On May 3, 2024, an order issued finding good cause to grant an extension of the stay, Plaintiffs were to file timely file a status report or dispositional documents on or before July 1, 2024, and the order to show cause was discharged.  (ECF No. 22.)

On June 28, 2024, Plaintiffs filed a status report stating that the parties were still preparing the global settlement agreement, would need approval by three courts, and requested an additional sixty-day extension of time.  (ECF No. 23.)  Finding good cause, an order issued granting the request for an extension of time and requiring the parties to file a status report on or before September 3, 2024.  (ECF No. 24.)

On August 23, 2024, Plaintiffs filed a status report stating that a global settlement has been reached resolving this action and the Bankruptcy Court granted preliminary approval on August 19, 2024, with a final approval hearing set for November 20, 2024.  (ECF No. 25.)  The parties seek an additional stay of this action until January 31, 2025, to file a notice of voluntary dismissal or further status report.  (Id. at 2.)   The Court finds good cause exists to grant the requested extension of the stay of this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' request to extend the stay of this action until **January 31, 2025**, is GRANTED; and
2. **Plaintiffs shall file dispositional documents or a further status report on or before January 31, 2025.**

IT IS SO ORDERED.

Dated:   **August 23, 2024**

_____
UNITED STATES MAGISTRATE JUDGE